United States District Court 
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:17-CR-00264-LJO-SKO-8
Martin Montoya )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Martin Montoya_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the CURFEW component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  01-14-19     _____  1-14-19
Signature of Defendant   Date         Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                1/17/19
Signature of Assistant United States Attorney   Date
Jeffrey Spivak

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                1-18-19
Signature of Defense Counsel          Date
James Homola

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  1/18/18 .
[ ] The above modification of conditions of release is *not* ordered.

_____                1/18/18
Signature of Judicial Officer         Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services